IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS PENSION**
**WELFARE & ANNUITY FUND,**

**Plaintiff,**

v.

**D & S WRECKING, INC.,**

**Defendant.**                                                                 No. 04-CV-415-DRH

### ORDER

**HERNDON, District Judge:**

  Before the Court are Defendant D & S Wrecking, Inc.'s (1) motion to stay and (2) motion to continue the final pretrial conference. (Docs. 19, 20.) Defendant seeks a stay in this matter until resolution of the bankruptcy proceeding *In re D & S Wrecking, Inc.*, 05-32042. (Doc. 19, Ex. 1.) Plaintiff does not object. Therefore, the Court **GRANTS** Defendant's motion to stay (Doc. 19) and **STAYS** this proceeding until resolution of the bankruptcy proceeding. The Court also **GRANTS** Defendant's motion to continue the final pretrial conference, which will be rescheduled after the stay is lifted. (Doc. 20.) Also, the Court **DIRECTS** Defendant D & S Wrecking to inform the Court and Plaintiff when the bankruptcy proceeding is resolved.

  **IT IS SO ORDERED.**

  Signed this 8th day of July, 2005.

                   /s/    David RHerndon
                   **United States District Judge**