IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS PENSION**
**WELFARE & ANNUITY FUND,**

**Plaintiff,**

**v.**

**D & S WRECKING, INC.,**  No. 04-CV-415-DRH

**Defendant.**

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

This matter comes before the Court on Defendant's motion to dismiss in light of the discharge of Plaintiff's claim in bankruptcy. (Doc. 30.) Pursuant to the Final Decree issued on January 24, 2008 by the United States Bankruptcy Court for the Southern District of Illinois in *In Re: D and S Wrecking Inc., BK 05-32042* (Doc. 30-2), the Court **GRANTS** Defendant's motion and **DISMISSES** this matter with prejudice. (Doc. 30.)

**IT IS SO ORDERED.**

Signed this 26th day of February, 2008.

/s/ David R Herndon
**Chief Judge**
**United States District Court**