# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS PENSION**
**WELFARE & ANNUITY FUND,**

        **Plaintiff,**

v.                                   **CIVIL ACTION NO. 04-CV-415 DRH**

**D & S WRECKING, INC.,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

        **DECISION BY COURT.** This action came to hearing before the Court on Defendant's Motion to Dismiss.

        **IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED** and this cause of action is **DISMISSED** with prejudice. Judgment is entered in favor of Defendant **D & S WRECKING, INC.**, and against Plaintiff, **CENTRAL LABORERS PENSION WELFARE & ANNUITY FUND**.------------------------------------------------------------------------------------------------

                                                **NORBERT G. JAWORSKI, CLERK**

February 26, 2008                       BY:   /s/Patricia Brown
                                                Deputy Clerk

APPROVED: /s/ *David R Herndon*
           **CHIEF JUDGE**
           **U.S. DISTRICT COURT**